No. 80–1300. LOUISIANA DEPARTMENT OF HIGHWAYS ET AL. *v.* CRADOR, EXECUTRIX. C. A. 5th Cir. Certiorari denied.

No. 80–1356. RHOADES ET AL. *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 80–1419. HAMILTON *v.* STOVER. C. A. 6th Cir. Certiorari denied.

No. 80–1502. FISHMAN ET AL. *v.* TEACHERS' RETIREMENT SYSTEM OF ILLINOIS ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 80–1525. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* GENERAL RAILWAY SIGNAL CO. C. A. D. C. Cir. Certiorari denied.

No. 80–1544. BLUE GRASS PROVISION CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 80–1547. ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 80–1563. HOWARD TRUCKING CO., INC., ET AL. *v.* BOUDLOCHE ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1569. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–1579. KURZ-KASCH, INC. *v.* METAL POLISHERS, BUFFERS, PLATERS & ALLIED WORKERS INTERNATIONAL UNION, AFL–CIO, LOCAL 11, ET AL. C. A. 6th Cir. Certiorari denied.